## (July 25, 1956)

■ EMANUEL BACCOLAS, Respondent, v. JANET BEGA, Also Known as JANET B. GORDON, Appellant.— Motion to vacate stay and to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■ In the Matter of PAUL LASKA and Another, Infants, Alleged to be Neglected Children.— Motion to vacate and set aside a portion of the judgment of the Children's Court of Schenectady County. During the pendency of this appeal the wife is allowed the right of visitation of the children of the marriage on each alternate Sunday afternoon at the place where they now reside and the husband is directed to pay the wife $15 per month towards the expenses of such visitation. Motion in all other respects denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FRANCIS MAWBEY, Appellant.— Application for leave to prosecute appeal as a poor person. The papers submitted do not indicate the nature of the crime for which appellant was previously convicted. The fact that he may have been sentenced to a term of imprisonment in a county jail is not sufficiently precise to classify the crime. Application denied, without prejudice to a renewal thereof upon proper papers. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■ In the Matter of the Claim of SAM J. GERDANO, Respondent. ISADOR LUBIN, as Industrial Commissioner, Appellant.— The fees of Chester J. Winslow, Jr., attorney heretofore assigned by this court to represent the claimant upon an appeal taken by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board are hereby fixed at the sum of $150, and his disbursements at the sum of $35; to be paid by the Industrial Commissioner in accordance with section 538 of the Labor Law. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 88.]

■ In the Matter of the Estate of FRED B. LYON, Deceased. ERWIN G. SHAFER et al., Appellants; WALTER E. LYON, as Administrator C. T. A. of FRED B. LYON, Deceased, et al., Respondents.— Motion to amend decision to allow disbursements to appellants denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 255.]